Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for JOHN DOE

# UNITED STATES DISTRICT COURT

## NORTHERN  DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | No. 3:25-cv-07513-EMC |
| Plaintiff, | **ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES** |
| vs. | |
| JOHN DOE subscriber assigned IP address 107.206.152.127, | |
| Defendants. | |

Defendant, sued herein as "John Doe subscriber assigned IP address 107.206.152.127" ("Defendant"), by and through undersigned counsel, hereby answers the First Amended Complaint ("FAC") of Plaintiff Strike 3 Holdings, LLC ("Plaintiff") as follows. Any allegation not expressly admitted is denied

## RESPONSES TO NUMBERED ALLEGATIONS

### I.  INTRODUCTION

1. Defendant denies the allegations in paragraph 1.

2. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 and therefore denies them.

3. Defendant lacks knowledge or information sufficient to form a belief as

to the truth of the allegations in paragraph 3 and therefore denies them.

4.     Defendant denies the allegations in paragraph 4.

5.     Defendant admits only that Plaintiff obtained identifying subscriber information from an ISP subpoena and otherwise denies the remaining allegations.

6.     Defendant denies the allegations in paragraph 6.

7.     Defendant admits that Plaintiff purports to bring claims under the Copyright Act but denies liability.

**II. JURISDICTION AND VENUE**

8.     Defendant admits that this Court generally has subject matter jurisdiction over federal copyright claims but denies that Plaintiff is entitled to any relief.

9.     Defendant admits only that he resides in California and otherwise denies the remaining allegations in paragraph 9.

10.     Defendant denies the allegations in paragraph 10.

**III.    PARTIES**

11.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 and therefore denies them.

12.     Defendant admits only that he resides in California and otherwise denies the remaining allegations.

**IV.    FACTUAL BACKGROUND**

13.     Defendant lacks knowledge or information sufficient to form a belief as

ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES     2

to the truth of the allegations in paragraph 13 and therefore denies them.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 and therefore denies them.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 and therefore denies them.

16. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 and therefore denies them.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 and therefore denies them.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 and therefore denies them.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 and therefore denies them.

20. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 and therefore denies them.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 and therefore denies them.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 and therefore denies them.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 and therefore denies them.

ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES    3

24.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 and therefore denies them.

25.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 and therefore denies them.

26.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 and therefore denies them.

27.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 and therefore denies them.

28.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 and therefore denies them.

29.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 and therefore denies them.

30.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 and therefore denies them.

31.     Defendant denies the allegations in paragraph 31.

32.     Defendant denies the allegations in paragraph 32.

33.     Defendant denies the allegations in paragraph 33.

34.     Defendant denies the allegations in paragraph 34.

35.     Defendant denies the allegations in paragraph 35.

36.     Defendant denies the allegations in paragraph 36.

37.     Defendant lacks knowledge or information sufficient to form a belief as

to the truth of the allegations in paragraph 37 and therefore denies them.

38.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 and therefore denies them.

39.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 and therefore denies them.

40.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 and therefore denies them.

41.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 and therefore denies them.

42.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 and therefore denies them.

43.    Defendant denies the allegations in paragraph 43.

44.    Defendant denies the allegations in paragraph 44.

45.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 and therefore denies them.

46.    Defendant admits only that Plaintiff omitted titles of the alleged works from the public filing and otherwise denies the remaining allegations.

47.    Defendant denies the allegations in paragraph 47.

48.    Defendant denies the allegations in paragraph 48.

49.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 and therefore denies them.

ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES        5

50.    Defendant denies the allegations in paragraph 50.

51.    Defendant denies the allegations in paragraph 51.

52.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 and therefore denies them.

53.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 and therefore denies them.

54.    Defendant admits only that Plaintiff served a subpoena and otherwise denies the remaining allegations.

55.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 and therefore denies them.

56.    Defendant admits only that the ISP identified him as the subscriber associated with the IP address and otherwise denies the remaining allegations.

57.    Defendant admits the residence identified is a single-family home.

58.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58 and therefore denies them.

59.    Defendant admits that he resided at the identified address during portions of the relevant time period but otherwise denies the remaining allegations.

60.    Defendant denies the allegations in paragraph 60.

61.    Defendant denies the allegations in paragraph 61.

62.    Defendant denies the allegations in paragraph 62.

63.    Defendant denies the allegations in paragraph 63.

64.    Defendant denies the allegations in paragraph 64.

65.    Defendant denies the allegations in paragraph 65.

66.    Defendant admits only that he has worked in software engineering and otherwise denies the remaining allegations.

67.    Defendant denies the allegations in paragraph 67, including all subparts.

## V. COUNT I – DIRECT COPYRIGHT INFRINGEMENT

68.    Defendant incorporates by reference the responses to the preceding paragraphs.

69.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69 and therefore denies them.

70.    Defendant denies the allegations in paragraph 70.

71.    Defendant denies the allegations in paragraph 71.

72.    Defendant denies the allegations in paragraph 72, including all subparts.

73.    Defendant denies the allegations in paragraph 73.

Further, Defendant asserts the following affirmative defenses and reserves the right to assert additional defenses learned through discovery:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1.    Defendant alleges that the First Amended Complaint fails to state

ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES    7

claims upon which relief may be granted against this answering Defendant, including under Federal Rule of Civil Procedure 12(b)(6).

## SECOND AFFIRMATIVE DEFENSE

### (No Direct Infringement)

2. Defendant denies committing any acts constituting copyright infringement as alleged in the FAC.

## THIRD AFFIRMATIVE DEFENSE

### (Lack of Sufficient Proof)

3. Plaintiff cannot sufficiently establish that Defendant was the individual who committed the alleged infringing acts.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

4. Plaintiff failed to mitigate the damages, if any, alleged in the First Amended Complaint.

## FOURTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

5. Plaintiffs' claims may be barred in whole or in part by the applicable statutes of limitation and equitable doctrines.

## FIFTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

6. Defendant reserves the right to amend this Answer and assert additional defenses as discovery and investigation continue.

## PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests:

1. That Plaintiff take nothing by way of the FAC;

2. That the FAC be dismissed with prejudice;

3. That judgment be entered in favor of Defendant;

4. That Defendant be awarded costs and attorneys' fees where permitted by law; and

5. For such other and further relief as the Court deems just and proper.


## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury on all issues so triable.

DATED this 26th day of May, 2026.


**THE LAW OFFICES OF STEVEN C. VONDRAN, PC.**

By /s/ Steven C. Vondran
Steven C. Vondran, Esq.
One Sansome Street, Suite 3500
San Francisco, California  94104
*Attorney for Defendant JOHN DOE*

ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES        9

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically filed the foregoing document (JOHN DOE subscriber assigned IP address 107.206.152.127 ANSWER TO FIRST AMENDED COMPLAINT) with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.  Under penalty of perjury of the laws of the United States of America.

By:  /s/ Lisa Vondran____
Lisa Vondran, Assistant

ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES    10